JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, an individual, | Case No.: 8:23-cv-01683-JWH-JDE |
| Plaintiff, | **ORDER** |
| v. | Complaint Filed: July 21, 2023 |
| DAIRY CONVEYOR CORPORATION, a New York corporation; VLADAN RAKIC, an individual; and DOES 1 through 20, inclusive, | Trial Date: None Set |
| Defendant. | |

(PROPOSED) ORDER REGARDING REMAND

1  Pursuant to stipulation, and good cause appearing, it is hereby **ORDERED** that
2  this action is **REMANDED** to the California Superior Court for the County of Orange.
3  **IT IS SO ORDERED.**

Dated: June 4, 2024

Hon. John W. Holcomb